**SUPPLEMENTAL CLERK'S RECORD**

VOLUME 1 of 1
APPEAL

Trial Court Cause No. D-1-GN-23-002331

In the 353rd District Court
of Travis County, Texas
Honorable LAURIE EISERLOH Judge Presiding

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
6/26/2025 1:49:00 PM
CHRISTOPHER A. PRINE
Clerk

CITY OF DALLAS, Plaintiff(s)

vs.

KEN PAXTON ATTORNEY GENERAL OF TEXAS, Defendant(s)

Appealed to the
Court of Appeals for the 15TH COURT OF APPEALS of The State of Texas, at Austin, Texas

Attorney for Appellant(s): NICHOLAS PALMER
1500 Marilla Street, Room 7D North ,
DALLAS, TX 75201
Telephone no.: 214-670-3519
Fax no.: 214-670-0622
SBOT no.: 24067814

Delivered to the
Court of Appeals for the 15TH COURT OF APPEALS of Texas, at Austin, Texas
on the 06/26/2025.

Susan Poodiack
Deputy

Page 1

# INDEX

| FILED DATE | DOCUMENT DESCRIPTION | PAGES |
|---|---|---|
| | Coversheet | 1-1 |
| | Index | 2-2 |
| 3/26/2024 | ORDER SEALING INFORMATION AT ISSUE FOR IN CAMERA INSPECTION | 3-4 |
| | Docket | 5-8 |
| | Bill Of Cost | 9-11 |
| | Clerk Certificate | 12-12 |

NO. D-1-GN-23-002331

| | | |
|---|---|---|
| CITY OF DALLAS, | § | IN THE DISTRICT COURT |
| Plaintiff, | § | |
| | § | |
| v. | § | OF TRAVIS COUNTY, TEXAS |
| | § | |
| KEN PAXTON, | § | |
| ATTORNEY GENERAL OF TEXAS, | § | |
| Defendant. | § | 353rd JUDICIAL DISTRICT |

## ORDER SEALING INFORMATION AT ISSUE
## FOR IN CAMERA INSPECTION

This is an open records lawsuit brought under the Public Information Act (PIA), Tex. Gov't Code ch. 552. This order is entered pursuant to Texas Government Code § 552.3221. On this 26th day of March, 2024, at 3:20 p.m., the parties filed with the Court *for in* camera inspection the information at issue.

IT IS ORDERED that the clerk shall file the information under seal as "Information at Issue"; append a copy of this order to the information; maintain the information at issue in a sealed envelope or in a manner that precludes disclosure; and transmit the information at issue to any court of appeals as part of the clerk's record.

IT IS ORDERED that the information at issue shall not be made available by the clerk or any custodian of records for public inspection.

IT IS FURTHER ORDERED THAT THE INFORMATION AT ISSUE SHALL NOT BE RELEASED OR ACCESSED BY ANY PERSON OTHER THAN THE COURT, A REVIEWING COURT OF APPEALS, OR THE PARTIES PERMITTED TO INSPECT THE INFORMATION PURSUANT TO A PROTECTIVE ORDER.

Signed this 26th day of March, 2024.

_____
JUDGE PRESIDING

**Judge Laurie Eiserloh**
**455th District Court**

Page 3

AGREED:

James B. Pinson
State Bar No. 16017700
Assistant City Atttorney
Dallas City Attorney's Office
1500 Marilla Street, Room 7DN
Dallas, Texas 75201
Phone: 214-670-3519
Fax: 214-670-0622
james.pinson@dallascityhall.com

ATTORNEY FOR PLAINTIFF
CITY OF DALLAS

Kathy Johnson
State Bar No. 24126964
Assistant Attorney General
Administrative Law Division
P.O. Box 12548
Austin, Texas 78711-2548
Phone: (512) 475-4151
Fax: (512) 457-4686
kathy.johnson@oag.texas.gov

ATTORNEY FOR DEFENDANT
ATTORNEY GENERAL

Thomas J. Williams
State Bar No. 21578500
thomas.williams@haynesboone.com
HAYNES AND BOONE, LLP
301 Commerce Street, Suite 2600
Fort Worth, Texas 76102
Telephone: (817) 347-6600
Telecopier: (817) 347-6650

ATTORNEY FOR INTERVENOR
THE DALLAS MORNING NEWS, INC.

I, VELVA L. PRICE, District Clerk, Travis County, Texas, do hereby certify that this is a true and correct copy as same appears of record in my office. Witness my hand and seal of office On 06/26/2025 01:30:49

VELVA L. PRICE
DISTRICT CLERK
By Deputy:

Order Sealing Information at Issue for In Camera Inspection
Cause No. D-1-G_-__-_____

# DOCKET RECORD

## Cause Number: D-1-GN-23-002331 with (72) Documents

| FILED DATE | DESCRIPTION | ADDITIONAL INFO |
|---|---|---|
| 04/27/2023 | ORIGINAL PETITION/APPLICATION (OCA) | PLAINTIFF S ORIGINAL PETITION |
| 04/27/2023 | OTHER/NOTICE | SERVICE REQUEST |
| 05/04/2023 | CITATION | Citation: CITATION |
| 05/11/2023 | EXECUTED SERVICE | EXECUTED CITATION KEN PAXTON ATTORNEY GENERAL OF TEXAS |
| 05/30/2023 | ORIGINAL ANSWER/WAIVER | DEFENDANT'S ORIGINAL ANSWER |
| 05/31/2023 | OTHER/NOTICE | PLAINTIFF S NOTICE OF COMPLIANCE WITH TEXAS GOVERNMENT CODE SECTION 552.325(b) |
| 06/23/2023 | PLEADING | ORIGINAL PLEA IN INTERVENTION OF THE DALLAS MORNING NEWS, INC. |
| 08/02/2023 | MOTION | JOINT MOTION TO ENTER AN AGREED PROTECTIVE ORDER |
| 11/07/2023 | MOTION | MOTION FOR SUMMARY JUDGMENT OF INTERVENOR THE DALLAS MORNING NEWS, INC. |
| 12/13/2023 | OTHER/NOTICE | NOTICE OF HEARING ON MOTION FOR SUMMARY JUDGMENT OF INTERVENOR THE DALLAS MORNING NEWS, INC. |
| 12/13/2023 | ORIGINAL ANSWER/WAIVER | PLAINTIFF S ORIGINAL ANSWER TO PLEA IN INTERVENTION |
| 01/18/2024 | MOTION | PLAINTIFF S MOTION FOR SUMMARY JUDGMENT |
| 01/22/2024 | OTHER/NOTICE | NOTICE OF HEARING |
| 01/25/2024 | MOTION | DEFENDANT ATTORNEY GENERAL S TRADITIONAL MOTION FOR SUMMARY JUDGMENT |
| 01/31/2024 | OTHER/NOTICE | DEFENDANT KEN PAXTON, ATTORNEY GENERAL OF TEXAS  NOTICE OF CHANGE IN ATTORNEY-IN-CHARGE |
| 02/01/2024 | OTHER/NOTICE | AMENDED NOTICE OF HEARING |
| 02/01/2024 | OTHER/NOTICE | AMENDED NOTICE OF HEARING ON MOTION FOR SUMMARY JUDGMENT OF INTERVENOR THE DALLAS MORNING NEWS, INC |
| 02/07/2024 | OTHER/NOTICE | SECOND AMENDED NOTICE OF HEARING ON MOTION FOR SUMMARY JUDGMENT OF INTERVENOR THE DALLAS MORNING NEWS, INC. |

| 02/07/2024 | OTHER/NOTICE | SECOND AMENDED NOTICE OF HEARING |
|---|---|---|
| 02/26/2024 | PLEADING | FIRST AMENDED PLEA IN INTERVENTION OF THE DALLAS MORNING NEWS, INC. |
| 03/12/2024 | JUDGES NOTES COMMENTS | JUDGES NOTES COMMENTS - JDGNOTE - JUDGES NOTES/COMMENTS |
| 03/12/2024 | ORDER | AGREED PROTECTIVE ORDER (PIA) |
| 03/18/2024 | RESPONSE | INTERVENOR THE DALLAS MORNING NEWS, INC. S RESPONSE TO MOTION FOR SUMMARY JUDGMENT OF PLAINTIFF CITY OF DALLAS |
| 03/18/2024 | OTHER/NOTICE | INTERVENOR THE DALLAS MORNING NEWS, INC. S OBJECTIONS TO CITY OF DALLAS S SUMMARY JUDGMENT EVIDENCE |
| 03/19/2024 | RESPONSE | DEFENDANT S RESPONSE TO PLAINTIFF S MOTION FOR SUMMARY JUDGMENT |
| 03/19/2024 | RESPONSE | PLAINTIFF S RESPONSE TO DEFENDANT S AND INTERVENOR S MOTIONS FOR SUMMARY JUDGMENT |
| 03/21/2024 | RESPONSE | PLAINTIFF S REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT |
| 03/26/2024 | FINAL OR PARTIAL DISPOSITION ORDER | ORDER DENYING MOTION FOR SUMMARY JUDGMENT OF PLAINTIFF CITY OF DALLAS |
| 03/26/2024 | JUDGMENT NOTICE MAILED | JUDGMENT NOTICE MAILED: JUDGMENT NOTICE MAILED |
| 03/26/2024 | JUDGMENT NOTICE MAILED | JUDGMENT NOTICE MAILED: JUDGMENT NOTICE MAILED |
| 03/26/2024 | JUDGMENT NOTICE MAILED | JUDGMENT NOTICE MAILED: JUDGMENT NOTICE MAILED |
| 03/26/2024 | ORDER TO SEAL | ORDER SEALING INFORMATION AT ISSUE FOR IN CAMERA INSPECTION |
| 03/26/2024 | JUDGMENT NOTICE MAILED | JUDGMENT NOTICE MAILED: JUDGMENT NOTICE MAILED |
| 04/01/2024 | FINAL OR PARTIAL DISPOSITION ORDER | ORDER GRANTING MOTION FOR SUMMARY JUDGMENT OF INTERVENOR DALLAS MORNING NEWS |
| 04/01/2024 | ORDER | ORDER ON THE DALLAS MORNING NEWS, INC.'S OBJECTIONS TO CITY OF DALLAS S SUMMARY JUDGMENT EVIDENCE |
| 04/01/2024 | JUDGMENT NOTICE MAILED | JUDGMENT NOTICE MAILED: JUDGMENT NOTICE MAILED |
| 04/01/2024 | JUDGMENT NOTICE MAILED | JUDGMENT NOTICE MAILED: JUDGMENT NOTICE MAILED |
| 04/01/2024 | JUDGMENT NOTICE MAILED | JUDGMENT NOTICE MAILED: JUDGMENT NOTICE MAILED |
| 04/12/2024 | OTHER/NOTICE | INTERVENOR'S EVIDENCE IN SUPPORT OF INTERVENOR'S REQUEST FOR ATTORNEY'S FEES AND COSTS |

| | | |
|---|---|---|
| 04/16/2024 | FINAL OR PARTIAL DISPOSITION ORDER | ORDER DENYING MOTION FOR SUMMARY JUDGMENT OF DEFENDANT ATTORNEY GENERAL OF TEXAS |
| 04/16/2024 | JUDGMENT NOTICE MAILED | JUDGMENT NOTICE MAILED: JUDGMENT NOTICE MAILED |
| 04/16/2024 | JUDGMENT NOTICE MAILED | JUDGMENT NOTICE MAILED: JUDGMENT NOTICE MAILED |
| 04/23/2024 | RESPONSE | PLAINTIFF'S RESPONSE TO INTERVENOR'S APPLICATION FOR COSTS AND FEES |
| 04/25/2024 | OTHER/NOTICE | DEFENDANT KEN PAXTON'S DESIGNATION OF NEW ATTORNEY-IN-CHARGE |
| 04/25/2024 | OTHER/NOTICE | NOTICE OF HEARING ON INTERVENOR THE DALLAS MORNING NEWS, INC.'S REQUEST FOR ATTORNEY'S FEES |
| 04/26/2024 | MOTION | PLAINTIFF'S MOTION FOR RECONSIDERATION OF INTERVENOR'S MOTION FOR SUMMARY JUDGMENT |
| 04/30/2024 | OTHER/NOTICE | NOTICE OF HEARING |
| 05/17/2024 | RESPONSE | INTERVENOR THE DALLAS MORNING NEWS, INC.'S RESPONSE TO PLAINTIFF'S MOTION FOR RECONSIDERATION AND REPLY TO PLAINTIFF'S RESPONSE TO INTERVENOR'S APPLICATION FOR COSTS AND FEES |
| 05/21/2024 | RESPONSE | PLAINTIFF'S REPLY IN SUPPORT OF ITS MOTION FOR RECONSIDERATION OF INTERVENOR'S MOTION FOR SUMMARY JUDGMENT |
| 05/23/2024 | ORDER | ORDER GRANTING PLAINTIFF S MOTION FOR RECONSIDERATION OF INTERVENOR S MOTION FOR SUMMARY JUDGMENT |
| 05/23/2024 | JUDGMENT NOTICE MAILED | JUDGMENT NOTICE MAILED: JUDGMENT NOTICE MAILED |
| 05/23/2024 | JUDGMENT NOTICE MAILED | JUDGMENT NOTICE MAILED: JUDGMENT NOTICE MAILED |
| 05/23/2024 | JUDGMENT NOTICE MAILED | JUDGMENT NOTICE MAILED: JUDGMENT NOTICE MAILED |
| 05/23/2024 | JUDGMENT NOTICE MAILED | JUDGMENT NOTICE MAILED: JUDGMENT NOTICE MAILED |
| 05/29/2024 | ORDER | FIRST AMENDED ORDER DENYING PLAINTIFF S MOTION FOR RECONSIDERATION |
| 06/06/2024 | OTHER/NOTICE | LETTER - COURT JOINT STATUS FROM THE OAG |
| 06/10/2024 | FINAL OR PARTIAL DISPOSITION ORDER | FINAL JUDGMENT |
| 06/10/2024 | CVD: FINAL JUDGMENT (OCA) | CVD: FINAL JUDGMENT (OCA): CVD: FINAL JUDGMENT (OCA) |

| 06/10/2024 | CVD: FINAL JUDGMENT (OCA) | CVD: FINAL JUDGMENT (OCA): CVD: FINAL JUDGMENT (OCA) |
|---|---|---|
| 06/10/2024 | CVD: FINAL JUDGMENT (OCA) | CVD: FINAL JUDGMENT (OCA): CVD: FINAL JUDGMENT (OCA) |
| 06/10/2024 | JUDGMENT NOTICE MAILED | JUDGMENT NOTICE MAILED: JUDGMENT NOTICE MAILED |
| 06/10/2024 | JUDGES NOTES COMMENTS | JUDGES NOTES COMMENTS - JDGNOTE - JUDGES NOTES/COMMENTS |
| 06/21/2024 | OTHER/NOTICE | DEFENDANT KEN PAXTON, ATTORNEY GENERAL OF TEXAS' NOTICE OF CHANGE IN ATTORNEY-IN-CHARGE |
| 07/08/2024 | NOTICE OF APPEAL | NOTICE OF APPEAL |
| 07/08/2024 | OTHER/NOTICE | NOTICE OF CHANGE OF ATTORNEY IN CHARGE |
| 07/08/2024 | OTHER/NOTICE | REQUEST FOR CLERK'S RECORD |
| 07/08/2024 | OTHER/NOTICE | LETTER FROM 3RD COA |
| 07/10/2024 | BILL OF COST FOR CLERK_S RECORD | BILL OF COST FOR CLERK_S RECORD |
| 07/11/2024 | OTHER/NOTICE | HAND DELIVER RECEIPT FOR CLERKS RECORD FROM THE 3RD COA |
| 07/12/2024 | OTHER/NOTICE | LETTER FROM 3RD COA |
| 08/30/2024 | OTHER/NOTICE | LETTER FROM THE 3RD COA: CASE TRANSFERRED TO THE 15TH COA |
| 09/03/2024 | OTHER/NOTICE | LETTER FROM 15TH COA |

# BILL OF COST
## Velva L. Price

## DISTRICT CLERK, TRAVIS COUNTY TEXAS

D-1-GN-23-002331
CITY OF DALLAS VS. KEN PAXTON ATTORNEY GENERAL OF TEXAS
COURT/JUDGE: 353rd District Court
STATUS: CLO Closed
FILING DATE: 04/27/2023
CASE TYPE: OCV Other Civil

| DATE | PARTY | TYPE | EVENT | CHARGE | PAYMENT | CREDIT |
|------|-------|------|-------|--------|---------|--------|
| 05/03/2023 | | Charge | LC-COUNTY JURY FUND | 10.00 | 0.00 | 0.00 |
| 05/03/2023 | CITY OF DALLAS | Payment | LC-COUNTY JURY FUND | 0.00 | 10.00 | 0.00 |
| 05/03/2023 | | Charge | LC-LANGUAGE ACCESS FUND | 3.00 | 0.00 | 0.00 |
| 05/03/2023 | CITY OF DALLAS | Payment | LC-LANGUAGE ACCESS FUND | 0.00 | 3.00 | 0.00 |
| 05/03/2023 | | Charge | LC-COUNTY RECORDS MANAGMENT & PRESERVATION ACCOUNT-PETITION | 30.00 | 0.00 | 0.00 |
| 05/03/2023 | CITY OF DALLAS | Payment | LC-COUNTY RECORDS MANAGMENT & PRESERVATION ACCOUNT-PETITION | 0.00 | 30.00 | 0.00 |
| 05/03/2023 | | Charge | STATE CONSOLIDATED FEES-PETITIONS | 137.00 | 0.00 | 0.00 |
| 05/03/2023 | | Credit | STATE CONSOLIDATED FEES-PETITIONS | 0.00 | 0.00 | 137.00 |
| 05/03/2023 | | Charge | LC-CLERK OF THE COURT ACCOUNT CIVIL PETITIONS | 50.00 | 0.00 | 0.00 |
| 05/03/2023 | CITY OF DALLAS | Payment | LC-CLERK OF THE COURT ACCOUNT CIVIL PETITIONS | 0.00 | 50.00 | 0.00 |
| 05/03/2023 | | Charge | LC-APPELLATE JUDICIAL SYSTEM FUND-STATE | 5.00 | 0.00 | 0.00 |
| 05/03/2023 | CITY OF DALLAS | Payment | LC-APPELLATE JUDICIAL SYSTEM FUND-STATE | 0.00 | 5.00 | 0.00 |
| 05/03/2023 | | Charge | LC-COURT FACILITY FEE FUND | 20.00 | 0.00 | 0.00 |
| 05/03/2023 | CITY OF DALLAS | Payment | LC-COURT FACILITY FEE FUND | 0.00 | 20.00 | 0.00 |
| 05/03/2023 | | Charge | LC-COURT REPORTER SERVICES FUND | 25.00 | 0.00 | 0.00 |

| 05/03/2023 | CITY OF DALLAS | Payment | LC-COURT REPORTER SERVICES FUND | 0.00 | 25.00 | 0.00 |
|---|---|---|---|---|---|---|
| 05/03/2023 | | Charge | LC-COUNTY LAW LIBRARY FUND | 35.00 | 0.00 | 0.00 |
| 05/03/2023 | CITY OF DALLAS | Payment | LC-COUNTY LAW LIBRARY FUND | 0.00 | 35.00 | 0.00 |
| 05/03/2023 | | Charge | LC-COURTHOUSE SECURITY FUND | 20.00 | 0.00 | 0.00 |
| 05/03/2023 | CITY OF DALLAS | Payment | LC-COURTHOUSE SECURITY FUND | 0.00 | 20.00 | 0.00 |
| 05/03/2023 | | Charge | LC-COUNTY DISPUTE RESOLUTION FUND | 15.00 | 0.00 | 0.00 |
| 05/03/2023 | CITY OF DALLAS | Payment | LC-COUNTY DISPUTE RESOLUTION FUND | 0.00 | 15.00 | 0.00 |
| 05/03/2023 | | Charge | CITATION ISSUE | 8.00 | 0.00 | 0.00 |
| 05/03/2023 | CITY OF DALLAS | Payment | CITATION ISSUE | 0.00 | 8.00 | 0.00 |
| 05/03/2023 | | Charge | CITATION SERVICE CONSTABLE 5 | 80.00 | 0.00 | 0.00 |
| 05/03/2023 | CITY OF DALLAS | Payment | CITATION SERVICE CONSTABLE 5 | 0.00 | 80.00 | 0.00 |
| 07/03/2023 | | Charge | STATE CONSOLIDATED FEES - SUBSEQUENT FILINGS | 45.00 | 0.00 | 0.00 |
| 07/03/2023 | | Credit | STATE CONSOLIDATED FEES - SUBSEQUENT FILINGS | 0.00 | 0.00 | 45.00 |
| 07/03/2023 | | Charge | LC-CLERK OF THE COURT ACCOUNT CIVIL SUBSEQUENT FILING | 15.00 | 0.00 | 0.00 |
| 07/03/2023 | THE DALLAS MORNING NEWS, INC. | Payment | LC-CLERK OF THE COURT ACCOUNT CIVIL SUBSEQUENT FILING | 0.00 | 15.00 | 0.00 |
| 07/03/2023 | | Charge | LC-COUNTY RECORDS MANAGEMENT & PRESERVATION ACCOUNT-MOTION | 20.00 | 0.00 | 0.00 |
| 07/03/2023 | THE DALLAS MORNING NEWS, INC. | Payment | LC-COUNTY RECORDS MANAGEMENT & PRESERVATION ACCOUNT-MOTION | 0.00 | 20.00 | 0.00 |
| 07/10/2024 | | Charge | CLERKS RECORD CIVIL APPEALS | 10.00 | 0.00 | 0.00 |
| 07/10/2024 | | Charge | COPY FEE CIVIL/FAMILY APPEALS/TRANSFER 10 CENTS | 42.20 | 0.00 | 0.00 |

| 07/15/2024 | CITY OF DALLAS | Payment | COPY FEE CIVIL/FAMILY APPEALS/TRANSFER 10 CENTS | 0.00 | 42.20 | 0.00 |
|------------|----------------|---------|------------------------------------------------|------|-------|------|
| 07/15/2024 | CITY OF DALLAS | Payment | CLERKS RECORD CIVIL APPEALS | 0.00 | 10.00 | 0.00 |

---

CLERK'S CERTIFICATE

---

The State of Texas          §

County of Travis            §

I, Velva L. Price, Clerk of the District Courts of Travis County, Texas, do hereby certify that the documents contained in this record to which this certification is attached are all of the documents specified by Texas Rule of Appellate Procedure 34.5 (a) and all other documents timely requested by a party to this proceeding under Texas Rule of Appellate Procedure 34.5 (b).

GIVEN UNDER MY HAND AND SEAL at my office in Travis County, Texas this 6/26/2025.

Velva L. Price
District Clerk, Travis County, Texas

_____
Susan Poodiack  6/26/2025
Deputy